# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| **V.** § | | **NO. 1:15-CR-2** |
| § | | |
| **TROY MARTIN JONES** § | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding defendant's plea of not guilty by reason of insanity. The parties have not filed objections to the report.

The District Court finds by clear and convincing evidence that at the time of the commission of the acts constituting the offense, the Defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality of the wrongfulness of his acts. 18 U.S.C. § 17(a). Accordingly, it is

**ORDERED** that the Defendant, Troy Martin Jones, is adjudged not guilty of the charged offense by reason of insanity at the time of the offense charged pursuant to 18 U.S.C. 4242(b)(3). The court also finds that the offense charged involved a substantial risk of bodily injury to another person or of serious damage to the property of another person. See 18 U.S.C. § 4243(d). Therefore,

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 4243(a), Troy Martin Jones shall be committed to a Federal Medical Center for the Federal Bureau of Prisons so that he can be evaluated in accordance with Title 18, United States Code, Section 4243(b). Doctors shall further conduct and file a psychiatric or psychological examination of the Defendant to determine whether

the Defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage of the property of another. 18 U.S.C. §§ 4243(b) and 4247(c)(1)(C).

Pursuant to 18 U.S.C. § 4243(c), the assigned magistrate judge shall hold a future hearing following the date of this order for a determination under 18 U.S.C. § 4243(d) and (e).

So **ORDERED** and **SIGNED** this **23** day of **February, 2015.**

_____
Ron Clark, United States District Judge