# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:15-CR-2 |
| | § | |
| TROY MARTIN JONES | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation from United States Magistrate Judge Zack Hawthorn that recommends Troy Martin Jones' unconditional discharge under 18 U.S.C. § 4243(f). (Dkt. No 44.) The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the proper course of action in this case is to unconditionally discharge Jones under 18 U.S.C. § 4243(f). It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge (Dkt. No. 44) is **ADOPTED**. It is further

**ORDERED** that the Defendant, Troy Martin Jones, is unconditionally discharged under 18 U.S.C. § 4243(f).

So ordered and signed on

**Dec 3, 2015**

_____
Ron Clark, United States District Judge